# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162770(12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TONY CLARK,
      Defendant-Appellant.
_____/

SC: 162770
COA: 355461
Wayne CC: 16-002944-FC

On order of the Chief Justice, the motion of defendant-appellant to waive fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021

Clerk